CLEAR FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: October 9, 2008

To: Courtroom Deputy Clerk to, Gary A. Feess

From: Brent Pacillas

Re: **Notice of Statistical Adjustment**

Case Number: CV07-8238 GAF(JWJx)

Case Name: Kristin Smith -v- Delta Air Lines, Inc.

This is to notify you that the ☐ Opening ☑ Closing ☐ Reopening ☐ Reassignment of the above-entitled case will be reported for the month of October instead of August for the following reason(s):

☐ Document ☐ closing ☐ reopening ☐ reassigning the case, filed on ____________ was received on ____________, after the reporting cut-off for the filing month.
○ Made JS-5 this date. ○ Made JS-6 this date. ○ Reassignment made this date.

☑ Document ☑ closing ☐ reopening ☐ reassigning the case was docketed timely but the ☑ JS-6 ☐ JS-5 ☐ Reassignment was not statistically made.
○ Made JS-5 this date. ● Made JS-6 this date. ○ Reassignment made this date.

☐ Case was ☐ closed in error on ____________. Reopening JS-5 made this date.

☐ Case was ☐ reopened in error on ____________. Closing JS-6 made this date.

☐ Case was ☐ assigned ☐ reassigned to ____________ in error.
Case is, this date, reassigned from ____________ to ____________.

☐ Other:

*cc: Data Collections & Analysis*
*Supervisor: ☐ DQA ☐ Deputy in Charge*